```
        IN THE UNITED STATES DISTRICT COURT
            EASTERN DISTRICT OF ARKANSAS
                  WESTERN DIVISION
```

UNITED STATES OF AMERICA

vs.                                    NO. 4:08CR00398 SWW

FERINANDA LOUIS HARRIS

### ORDER

The above entitled cause came on for hearing on government's petition to revoke the supervised release previously granted this defendant in the United States District Court for the Eastern District of Arkansas. Based upon the admissions of defendant, the Court found that defendant has violated the conditions of his supervised release without just cause.

IT IS THEREFORE ORDERED AND ADJUDGED that the government's motion to revoke supervised release [doc #17] is **granted** and the supervised release previously granted this defendant, hereby, is **revoked**.

IT IS FURTHER ORDERED that defendant shall serve a **term of imprisonment of TWELVE (12) MONTHS** in the custody of the Bureau of Prisons. The Court recommends that defendant be incarcerated at the Federal Correctional Facility located in Memphis, Tennessee; and that defendant participate in non-residential substance abuse treatment during incarceration.

There will be **ONE (1) YEAR of supervised release** following the term of incarceration with the following special conditions:

1. Defendant shall participate, under the guidance and supervision of the U. S. Probation Officer, in a substance abuse treatment

      program which may include testing, out-patient counseling, and/or residential treatment.

      2. Defendant shall abstain from using alcohol throughout the period of supervised release.

      Defendant shall follow all standard conditions of supervised release.

      The defendant is remanded to the custody of the U.S. Marshal Service for transport to the designated facility to begin the service of the sentence imposed.

      IT IS SO ORDERED this 5th day of May 2010.

                                     /s/Susan Webber Wright

                                     United States District Judge